E-FILED
Wednesday, 17 January, 2007 10:56:46 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

v.

JABARI AKIL VEALS, a/k/a "Teflon", a/k/a "007"

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 7205

**FILED**

JAN 1 6 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___January 9, 2007___ in ___Macon___ county, in the Central District of Illinois defendant(s) did:

possess with intent to deliver, more than 50 grams of cocaine base ("crack"), a Schedule II controlled substance,

in violation of Title _21_, United States Code, Section(s) _841(a)(1)_

I further state that I am a(n) Detective, Decatur Police Department and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Ed Root
Signature of Complainant

Sworn to before me and subscribed in my presence,

___January 16, 2007___    at    Urbana, Illinois
Date                                             City and State

David G. Bernthal                               s/ David G. Bernthal
U.S. Magistrate Judge

Name & Title of Judicial Officer                Signature of Judicial Officer

# AFFIDAVIT

I, Edward Root, being duly sworn on oath, state as follows:

1. I am a Detective with the City of Decatur, Illinois Police Department. I have been a police officer for more than 26 years and have been assigned to narcotics enforcement for almost 18 years. During that time I have either prepared or been involved in the execution of more than 750 search warrants for items such as narcotics, stolen property, firearms and other contraband.

2. This affidavit is in support of a criminal complaint and arrest warrant charging JABARI A. VEALS with possessing more than 50 grams of cocaine base ("crack") in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

3. I am familiar with the following facts from my personal observations and investigation, as well as reliable information officially provided to me by other law enforcement agents.

4. On January 9, 2007, at approximately 7:25 p.m., a search warrant for controlled substances was executed at                    , Apartment #3, in Decatur, Macon County, Illinois. Officers knocked and announced their presence. Upon receiving no reply, entry was forced into the residence through a side door which allowed entry into Apartment #3 which is on the second floor of the house. Members of the Decatur Police Department Emergency Response Team entered and ascended the stairs yelling "Police officers, search warrant, get down!" Simultaneously, a second story front window opened up and officers outside the residence observed a man climb

-1-

out of the window and jump down to a concrete slab porch approximately 15-18 feet below. The man was subsequently identified as JABARI AKIL VEALS, a/k/a "Teflon", a/k/a "007".

5. Veals ran across the street with police officers chasing him and commanding him to stop. Sgt. Rick McElroy of the Decatur Police Department received minor injuries while taking VEALS into custody.

6. Present inside the residence were three women. During a search of the apartment, more than 50 grams of cocaine base ("crack") was located in a plastic jar. Also located was a set of digital scales, drug packaging materials and evidence linking JABARI A. VEALS to the apartment.

7. VEALS was found to have three convictions for Possession of a Controlled Substance and two convictions for Possession of a Controlled Substance with Intent to Deliver, all out of Cook County.

8. Two of the women inside the apartment gave independent handwritten statements which stated that they knew the male apprehended by police by the names of "007", "Teflon" and "Tef" and that this male was using the apartment at 837 E. Johnson Street in Decatur to sell crack cocaine. In a recorded interview, VEALS admitted to frequenting the apartment but denied selling drugs. VEALS also admitted that he was known by the nicknames of "Teflon" and "007."

9. Based upon my training and experience, approximately 60 grams of crack is indicative of distribution and not personal use.

FURTHER AFFIANT SAYETH NOT.

s/ Ed Root
_____
EDWARD ROOT, Detective
Decatur, Illinois Police Department

Subscribed and sworn to before me this 16th day of January, 2007.

s/ David G. Bernthal
_____
DAVID G. BERNTHAL, Magistrate Judge
United States District Court