UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
FEB - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR07-20025 |
| v. | ) IN VIOLATION OF: |
| JABARI A. VEALS, | ) Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 9, 2007, in Macon County, in the Central District of Illinois,

**JABARI A. VEALS,**

defendant herein, knowingly and intentionally possessed fifty or more grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/J. Childress
, FAUSA

RODGER A. HEATON
United States Attorney

CSB