UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR07-20025 |
| JABARI A. VEALS, ) | |
| Defendant. ) | |

## NOTICE OF PRIOR CONVICTION

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides Notice of Prior Conviction pursuant to Title 21, United States Code, Section 851 as follows:

1/5/93 - Possession of Controlled Substances, Cook County, Illinois, Case No. 92 CF 253930011

6/10/94 - Possession of Controlled Substances, Cook County, Illinois, Case No. 94 CR 00275

6/10/94 - Possession of Controlled Substances, Cook County, Illinois, Case No. 94 CR 8570

12/10/96 - Possession of Controlled Substances, Cook County, Illinois, Case No. 95 CR 35640010001

12/10/96 - Manufacture/Delivery of Controlled Substances, Cook County, Illinois, Case No. 96 CR 97001001

11/4/02 - Manufacture/Delivery of Cannabis, Cook County, Illinois, Case No. 200114351490

11/4/02 - Manufacture/Delivery of Controlled Substances, Cook County, Illinois, Case No. 01 CR 580501

4/6/05 - Manufacture/Delivery of Cannabis, Cook County, Illinois, Case No. 200412759260

8/2/05 - Possession of Cannabis, Cook County, Illinois, Case No. 200512382040

Such convictions qualifying the defendant for enhanced sentencing pursuant to Title 21, United States Code, Section 841(b)(1).

                Respectfully submitted,

                RODGER A. HEATON
                United States Attorney

BY:    s/ Colin S. Bruce
            COLIN S. BRUCE, Bar No. IL 6200946
            Assistant United States Attorney
            United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. John C. Taylor
>Assistant Federal Defender
>300 W. Main Street
>Urbana, IL 61801

>s/ COLIN S. BRUCE
>COLIN S. BRUCE
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov