E-FILED
Tuesday, 11 September, 2007   10:09:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. CR07-20025 |
| ) | |
| JABARI VEALS,   ) | |
| ) | |
| Defendant.   ) | |

**STATEMENT OF THE CASE**

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides the following statement of the case against the defendant, Jabari Veals:

The defendant, Jabari Veals, is charged with the offense of possession of 50 or more grams of cocaine base ("crack") with the intent to distribute it.

The defendant has pleaded not guilty to the charges.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

BY:   s/ Colin S. Bruce
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. John C. Taylor
    Assistant Federal Defender
    300 W. Main Street
    Urbana, IL 61801

            s/ COLIN S. BRUCE
            COLIN S. BRUCE
            Assistant United States Attorney
            United States Attorney
            201 S. Vine St., Suite 226
            Urbana, IL 61802
            217/373-5875
            FAX: 217-373-5891
            colin.bruce@usdoj.gov