2:07-cr-20025-SLD  # 42  Page 1 of 8

USA v. JABARI VEALS, No. 07-20025

272

**E-FILED**
Tuesday, 06 May, 2008  09:32:40 AM
Clerk, U.S. District Court, ILCD

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                                    Docket No. 07-20025
          Plaintiff,

    vs.                             Urbana, Illinois
                                    October 3, 2007
JABARI VEALS,                       9:23 a.m.

          Defendant.



                JURY TRIAL -- DAY 3 of 3

       BEFORE THE HONORABLE MICHAEL P. McCUSKEY
          CHIEF UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:       COLIN S. BRUCE, ESQUIRE
                         Assistant United States Attorney
                         201 South Vine Street
                         Urbana, Illinois   61802
                         (217) 373-5875

For the Defendant:       JOHN C. TAYLOR, ESQUIRE
                         Assistant Federal Defender
                         300 West Main Street
                         Urbana, Illinois   61801
                         (217) 373-0666




Court Reporter:          LISA KNIGHT COSIMINI, RMR-CRR
                         U.S. District Court
                         201 South Vine, Suite 344
                         Urbana, Illinois   61802
                         (217) 384-2290

Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

FILED
MAY - 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

1                    (In open court; jury absent; 9:20 a.m.)
2              THE COURT:  This is the United States of America,
3    Plaintiff, versus Jabari Veals, Defendant, Case Number
4    07-20025.
5              Present in open court is the defendant, Jabari
6    Veals, accompanied by his attorneys, John Taylor and William
7    Zukosky.  Present for the United States of America is
8    Assistant U.S. Attorney Colin S. Bruce, accompanied by a
9    detective from the Decatur Police Department, Ed Root, who's
10   the case agent for the government in this case.
11             When we were last here at approximately 4:47
12   yesterday afternoon, the Court gave the jury further
13   instructions, and they ceased deliberations.  They had started
14   their deliberations at approximately 3:30.  So they had not
15   been deliberating much more than an hour when we made the
16   request to them to indicate whether they would be staying,
17   whether they wanted food, and so that we could make sure the
18   air conditioning system which goes off at 5:00 by GSA computer
19   chip would continue.
20             And court security officer, Jim Fowler, when did
21   all 12 jurors return today?
22             CSO FOWLER:  They were all back at 8:55, Your
23   Honor.
24             THE COURT:  8:55.  Then all 12 jurors would have
25   began deliberations this morning, and the admonition that I

1  would give to counsel is if you're going to be outside of the
2  building, that you be no more than ten minutes away, that you
3  leave a cell phone number or a land phone where you'll be at
4  with Sherry so that she can get you back here if there is a
5  question or a verdict as soon as possible so we can address
6  that.
7         Mr. Bruce, anything further from the government?
8         MR. BRUCE: No, thank you.
9         THE COURT: Anything further, Mr. Taylor?
10        MR. TAYLOR: No, thank you, Your Honor.
11        THE COURT: That's all for the record. We'll be in
12 recess until we receive either a question or a verdict from
13 the jury.
14        (Recess, 9:25 a.m. to 9:50 a.m.)
15        THE COURT: We're back on the record in the United
16 States of America, Plaintiff, versus Jabari Veals, Defendant,
17 Case Number 07-20025.
18        Present in open court is the defendant, Mr. Jabari
19 Veals, accompanied by his attorneys, Mr. John Taylor and
20 Mr. William Zukosky.
21        The United States is represented by its assistant
22 U.S. attorney, Colin S. Bruce, accompanied by Case Agent Ed
23 Root, Detective, Decatur Police Department.
24        Court security officer, Jim Fowler, has advised me
25 that at 9:42, he received a notice from the jury that they've

1  reached a unanimous verdict. It's now 9:52.
2       Any reason, Mr. Bruce, we can't bring the jury in?
3       MR. BRUCE:  Not from the United States, Your Honor.
4       THE COURT:  Mr. Taylor?
5       MR. TAYLOR:  No, Your Honor.  Thank you.
6       THE COURT:  Let's bring the jury into court.
7            (Jury present, 9:52 a.m.)
8       THE COURT:  You may be seated.
9       Will the foreperson of the jury please stand and
10  indicate if the jury's received -- reached a unanimous
11  verdict?
12      FOREPERSON:  We have, Your Honor.
13      THE COURT:  And if you'll pass that to the court
14  security officer, you may be seated.
15           (Brief pause in proceedings.)
16      THE COURT:  Madam Clerk, you may publish the
17  verdict on the record and then poll the jurors.
18      DEPUTY CLERK:  We, the jury, find the defendant,
19  Jabari Veals, guilty of the offense of possession of 50 or
20  more grams of cocaine base, crack, with the intent to
21  distribute it as charged in Count 1 of the indictment.
22      Juror Number 78, was this and is this now your
23  verdict?
24      JUROR NUMBER 78:  Yes.
25      DEPUTY CLERK:  Juror Number 158, was this and is

1  this now your verdict?

2         JUROR NUMBER 158:  Yes.

3         DEPUTY CLERK:  Juror Number 63, was this and is
4  this now your verdict?

5         JUROR NUMBER 63:  Yes.

6         DEPUTY CLERK:  Juror Number 132, was this and is
7  this now your verdict?

8         JUROR NUMBER 132:  Yes.

9         DEPUTY CLERK:  Juror Number 151, was this and is
10 this now your verdict?

11        JUROR NUMBER 151:  Yes.

12        DEPUTY CLERK:  Juror Number 68, was this and is
13 this now your verdict?

14        JUROR NUMBER 68:  Yes.

15        DEPUTY CLERK:  Juror Number 119, was this and is
16 this now your verdict?

17        JUROR NUMBER 119:  Yes.

18        DEPUTY CLERK:  Juror Number 34, was this and is
19 this now your verdict?

20        JUROR NUMBER 34:  Yes.

21        DEPUTY CLERK:  Juror Number 74, was this and is
22 this now your verdict?

23        JUROR NUMBER 74:  Yes.

24        DEPUTY CLERK:  Juror Number 108, was this and is
25 this now your verdict?

1         JUROR NUMBER 108: Yes.
2         DEPUTY CLERK: Juror Number 9, was this and is this
3    now your verdict?
4         JUROR NUMBER 9: Yes.
5         DEPUTY CLERK: Juror Number 161, was this and is
6    this now your verdict?
7         JUROR NUMBER 161: Yes.
8         THE COURT: I want to thank all of the jurors for
9    your patience in this trial. We tried to make sure that we
10   ran it on schedule, and I thank the attorneys in this case for
11   the agreements that moved the case along so that almost all of
12   the time that you spent here was spent in the courtroom during
13   either jury selection or the presentation of evidence; and
14   certainly from my observation, all of you were very attentive
15   to everything in this case and took your jury duty very
16   seriously.
17        I also want to thank you on behalf of the judges of
18   the Central District of Illinois and the citizens of the
19   United States. As I indicated to you on Monday, our system of
20   justice in the Federal Court system cannot work without
21   citizen volunteers, and you've certainly served that function
22   very ably.
23        As I indicated to you also on Monday, you will be
24   now discharged from further jury duty during the term of
25   October. So you won't have to be worried about being further

1  contacted.

2          I thank you very much.  You're discharged.

3              (Jury discharged from service, 9:56 a.m.)

4          THE COURT:  You may be seated.

5          Madam Clerk, if you'll give me the verdict form

6  after filing it, and now it's been filed.

7          The verdict that was entered in this case, "We, the

8  jury, find the defendant, Jabari Veals, guilty of the offense

9  of possession of 50 or more grams of cocaine base, crack, with

10 the intent to distribute it, as charged in Count 1 of the

11 indictment in this case," the Court finds that there is

12 overwhelming evidence of guilt to support the verdict.  The

13 Court enters judgment of conviction against the defendant at

14 this time.

15         The Probation Office is represented now in court by

16 Gary W. Russell, the senior probation officer here in the

17 Urbana Division.  Mr. Russell, I'm looking at setting this

18 matter for sentencing at 9:15 on January 11th.  Mr. Veals is a

19 three-strike defendant now facing mandatory minimum life

20 imprisonment.  I think that is 101 days from today's date.  Is

21 that sufficient time for Probation to prepare a presentence

22 investigation report?

23         PROBATION OFFICER RUSSELL:  Yes, Your Honor.

24         THE COURT:  Mr. Bruce, I know you're here at 10:00

25 that date and scheduled in other matters.  And, Mr. Taylor,

1  you're here that afternoon.  Any reason -- any problem with
2  that setting at 9:15 Friday, January 11th, Mr. Bruce?
3          MR. BRUCE:  No, sir.
4          THE COURT:  Mr. Taylor?
5          MR. TAYLOR:  No, Your Honor.  That would be fine.
6          THE COURT:  Okay.  The sentencing of Jabari Veals
7  is set for 9:15 Friday, January 11, 2008.
8          Anything further from the government, Mr. Bruce?
9          MR. BRUCE:  No, sir.
10         THE COURT:  Anything further, Mr. Taylor?
11         MR. TAYLOR:  No, thank you, Your Honor.
12         THE COURT:  Defendant's remanded to the custody of
13 the United States Marshal to be brought back here at, on
14 Friday, January 11th, at 9:15 for sentencing.  The Court will
15 be in recess.
16         (Trial adjourned, 9:58 a.m.)
17              * * * * * * * * * * * *
18              REPORTER'S CERTIFICATE
19         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify
20 that the foregoing is a correct transcript from the record of
21 proceedings in the above-entitled matter.
22         Dated this 31st day of March, 2008.
23
24                      s/Lisa Knight Cosimini
                        Lisa Knight Cosimini, RMR-CRR
                        Illinois License # 084-002998
25