United States District Court  
CENTRAL District URBAN ILLINOIS

E-FILED  
Monday, 18 July, 2011 10:23:54 AM  
Clerk, U.S. District Court, ILCD

United States of America,  
    Plaintiff

v.

JABARI A. VEALS Petitioner

Criminal No. 07-CR-20025

FILED  
JUL 18 2011  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

## Motion For Preservation of Rights

Comes now, The Petitioner-Defendant JABARI A. VEALS Pro Se, and files with the Court this "Motion for Preservation of Rights" In Support thereof, Petitioner states the following.

Petitioner respectfully requests issuance of a Court Order preserving his rights bestowed by Congress when it enacted the "Fair Sentencing Act of 2010", which reduced the 100 to 1 ratio for crack-cocaine offenses, to Newly Congressional passed 18 to 1 ratio. Petitioner was convicted and sentenced for Possessing With Intent to Distribute 'Crack' Cocaine, and therefore, he is entitled to the benefit of the recent reduction provided by Congress in the aforesaid act.

This motion is being filed in accordance with the one-year limitation period enunciated by the U.S. Supreme Court in the case of Dodd v. United States, 545 U.S. 353(2005) (Holding, that '1-year period for filing begins to run on the date on which the right asserted was initially recognized by the Congress').

Certificate of Service

I, JABARI A. VEALS, do hereby certify that a copy of this motion was forwarded to:

UNITED STATES DISTRICT COURTS
CENTRAL DISTRICT of Illinois
201 South Vine Street, Suite 226
Urbana, Illinois, 61802

I hand-delivered said copy to this USP Terre Haute, Indiana legal mailroom with postage prepaid by way of first-class mail on this 14th of July, 2011.

JABARI A. VEALS, Pro Se
Petitioner - Defendant

Sworn Declaration

Sworn and subscribed to under the Penalty of Perjury as permitted pursuant to 28 U.S.C. Section 1746.