E-FILED
Monday, 18 February, 2019  05:43:21 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JABARI VEALS,**

**Defendant.**

**Case No. 07-cr-20025**
**Hon. Sara Darrow**

## JOINT STATEMENT FOR A REDUCED SENTENCE
## PURSUANT TO SECTION 404(b) OF THE FIRST STEP ACT

Now comes the Defendant, JABARI VEALS, by his attorney MIANGEL CODY,

and the UNITED STATES OF AMERICA, by its attorney PATRICK HANSEN, and file

this Joint Statement for a Reduced Sentence Pursuant to Section 404(b) of the First Step

Act.

### I.     INTRODUCTION

#### A.     The Fair Sentencing Act of 2010

Prior to the Fair Sentencing Act of 2010 (FSA), an offense involving 50 grams or

more of crack cocaine triggered a 10-year mandatory minimum and a statutory maximum of

life imprisonment. An offense involving 5 to 49.9 grams of crack cocaine triggered a 5-year

minimum sentence and a statutory maximum of 40 years of imprisonment. *Dorsey v. United*

*States, 567* U.S. 260, 266 (2012).

Section 2 of the FSA amended § 841(b)(1)(A)(iii) by striking "50 grams" and inserting

"280 grams" and amended § 841(b)(1)(B)(iii) by striking "5 grams" and inserting "28 grams".

Public Law 111-220; 124 Stat. 2372, § 2. Accordingly, post-FSA, it takes 280 grams of crack cocaine to trigger § 841(b)(1)(A)(iii)'s 10-year mandatory minimum and 28 grams to trigger § 841(b)(1)(B)(iii)'s 5-year mandatory minimum. *Dorsey, 567* U.S. at 269. The Supreme Court determined the FSA applied to any defendant who had not been sentenced as of the Act's effective date: August 3, 2010. *Id.* at 281. The FSA did not apply retroactively to defendants sentenced prior to August 3, 2010. *Id.*

### B.    The First Step Act of 2018

The First Step Act of 2018 legislatively authorized district courts to reduce pre-FSA crack penalties retroactively for "covered offense[s]". Specifically, § 404(a) of the First Step Act defines a covered offense as "a violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372),[1] that was committed before August 3, 2010." Section 404(b) then states: "[a] court that imposed a sentence for a covered offense may, on motion of the defendant, the Director of the Bureau of Prisons, the attorney for the Government, or the court impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372) were in effect at the time the covered offense was committed."[2]

---

[1]    Section 3 of the FSA eliminated the mandatory sentence for simple possession of crack cocaine in 21 U.S.C. § 844(a).

[2]    There are only two limitations to the Court's ability to impose a reduced sentence. First, the defendant cannot receive a reduced sentence if the sentence was imposed or previously reduced in accordance with the amendment made by sections 2 and 3 of the FSA. Second, if the Court has already rejected a motion filed under § 404 of the Fair Sentencing Act "after a complete review of the motion on the merits" the defendant cannot ask for a second bite at the apple. First Step Act § 404(c). Neither exception applies to Mr. Veals's case, as he has never received or been denied a Section 404 reduction.

## II.   DISCUSSION

### A.   The Parties Agree that Mr. Veals is Eligible for a Reduced Sentence Pursuant to Section 404 of the First Step Act.

On February 8, 2007, Defendant Jabari Veals was charged in a single-count Indictment of knowingly possessing with the intent to distribute more than 50 grams of cocaine base. The precise drug amount involved was 56 grams of cocaine base. Doc. No. 40 at p. 3.[3]  On March 26, 2007, the government filed a three-strikes enhancement pursuant to 21 U.S.C. § 851, which required the district court to sentence Defendant Veals to a mandatory life sentence upon conviction.

On October 3, 2007, a jury found Defendant Veals guilty. At his May 15, 2008 sentencing, the Court imposed a statutory life sentence. Doc. 46. The Seventh Circuit Court of Appeals affirmed Veal's conviction and sentence on January 15, 2010. *See United States v. Veals*, 360 Fed. Appx. 679 (7th Cir. 2010) (unpublished).

Section 404 of the FIRST STEP Act of 2018 independently authorizes a district court to impose a reduced sentence for crack-cocaine convictions where the statutory penalty provisions of the Fair Sentencing Act would have applied had the Act been in effect at the time of the original sentencing.  Since Mr. Veals's offense was committed before August 3, 2010, it is a covered offense as defined in § 404(a) of the First Step Act

---

[3]      The PSR indicated and the government argued that Mr. Veals's relevant conduct involved an additional 223 grams of crack. The defendant objected to the PSR's relevant conduct at sentencing. Given the defendant's mandatory life sentence, Judge McCuskey declined to resolve Mr. Veals's relevant-conduct objection, stating "the Court is not concerning itself with what other relevant conduct may have occurred." Doc. No. 51 at 8. Even if Mr. Veals is held responsible for an additional 223 grams of crack, his total crack quantity(56 grams + 223 grams) remains below the threshold 280 grams of crack.

and the Court may "impose a reduced sentence as if sections 2 and 3 of the Fair
Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372) were in effect at the time the
covered offense was committed."

Accordingly, the parties agree that Mr. Veals is *eligible* for a sentence reduction
pursuant to Section 404 of the First Step Act. The question is to what *extent* the Court
should reduce Mr. Veals's sentence.

**B.      The Parties Agree that the Court is Free to Sentence Mr. Veals Below
the Current Guidelines Range.**

Per the original PSR, Mr. Veals was found to be a career offender, which increased
his total offense level to 37 and his criminal history category to VI.  Under the current
guidelines manual, Mr. Veals remains a career offender. His total offense level remains 37
and his criminal history category is VI, resulting in a guideline range of 360 months to life.

Mr. Veals has been in custody since January 16, 2007. He has served approximately
144 months of actual custody. With good-time credit, Mr. Veals has credit for approximately
165 months' incarceration. Mr. Veals has completed a number of rehabilitative programs in
prison, including the BOP Inmate Suicide Companion Program and a paralegal studies
program.[4] According to a letter from Mr. Veals's BOP counselor, he has had no disciplinary
infractions during his 12 years of imprisonment.[5]

---

[4]      A number of Mr. Veals's BOP certificates are attached to the instant filing as Exhibit A.
[5]      January 28, 2019 letter from BOP counselor attached as Exhibit B.

The parties agree that a supplemental presentence investigation report would assist counsel and the Court in fashioning a reduced sentence that is "sufficient, but not greater than necessary" pursuant to the Sentencing Reform Act of 1984, 18 U.S.C. Sec. 3553(a).

WHEREFORE, the parties request the following course of action:

(a)     that the Court order a supplemental presentence investigation report in the above-captioned matter;

(b)     that the Court set this matter for an in-person hearing 45 to 55 days from the date of the instant filing; and

(c)     that the Court issue a *Writ of Habeas Corpus ad Prosequendum* to FCI Talladega where Defendant Veals is presently incarcerated. Mr. Veals's BOP Register Number is 14722-026.

Respectfully submitted,

JOHN C. MILHISER                           JABARI VEALS
UNITED STATES ATTORNEY                      DEFENDANT

BY:  /s/ Patrick D. Hansen                  BY:  /s/ MiAngel Cody
       Assistant United States Attorney           TDC  Law Office
       318 S. Sixth Street                        900 W. Jackson Blvd., Ste 7E
       Springfield, Illinois 62701                Chicago, Illinois 60607
       Telephone: (271) 492-4450                  Telephone: (312) 858-8330
       Facsimile (271) 492-4512                   Facsimile (312) 858-8334

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, MiAngel Cody, an attorney with The Decarceration Collective hereby certifies that on February 18, 2019, I electronically filed the following with the Clerk of the Court using the CM/ECF system:

**JOINT STATEMENT FOR REDUCED SENTENCE
UNDER SECTION 404(b) OF THE FIRST STEP ACT**

<u>/s/ MiAngel Cody</u>
MIANGEL CODY

THE DECARCERATION COLLECTIVE
LAW OFFICE
900 W. Jackson Blvd. Suite 7E
Chicago, IL 60607

*Attorney for Jabari Veals*

# EXHIBIT A:  BOP CERTIFICATES



# Universal Life Church

3RD ST. MODESTO, CALIF. 9514

*This is to certify that the bearer hereof*

Jabari A. Veals

*has been ordained this day*   January 19, 2017

*and has all rights and privileges to perform all duties of the Ministry.*

## CREDENTIALS OF MINISTRY

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D.
President 1999-2006

Andre J. Hensley, President

Office Clerk

# Certificate of Completion

### This certifies that

## Veals, Jabari

**Register #:   14722-026**

### has successfully completed the following workbook:

## The Power of Self-Talk- Change Company

*Anger Management   USP Big Sandy*

*August 5, 2014*

S. Settle

**Psychology Technician**

# Certificate of Completion

This certifies that:

## Jabari Veals (14722-026)

Completed the Coping Skills section of the
"Turning Point" Self-Study Program
at the

**United States Penitentiary, Lee County, VA**



_____

**D. Maurer, Chief Psychologist**          **October 23, 2014**




# F.C.C. TERRE HAUTE

# *Certificate of Completion*

## Jabari Veals
### #14722-026

## DRUG ABUSE EDUCATION PROGRAM
### (15 Hours)

October 2, 2009

_____
*J. Ramer, Drug Treatment Specialist*

_____
*Dr. Rupska, DAP Coordinator*



## USP BIG SANDY – EDUCATION DEPARTMENT

Proudly awards a

# Certificate of Achievement

to

# Jabari Veals

*for successfully completing*

## The Parenting Program

*June 22, 2014*

_____
M. Thornsberry, Parenting Coordinator

_____
G. Bratcher, Supervisor of Education



*USP BIG SANDY — EDUCATION DEPARTMENT*

*Proudly awards a*

# Certificate of Achievement

*to*

# Jubari Veals

*for*

**Business**
**Adult Continuing Education**

*June 22, 2014*

G. Bratcher, Supervisor of Education

C. Webb ACE Coordinator

# CERTIFICATE OF COMPLETION

Presented To

## *Jabari Veals*

for completion of FCI Talladega's

**ACE CDL (GROUND TRANSPORTATION)**

Given this 24th day of March 2017

Talladega, Alabama

_____
*C. Williams, Supervisor of Education*

_____
*M. Cairo, ACE Coordinator*



# Blackstone Career Institute

*Est. 1890*

## Awards this Certificate in

## Paralegal Studies

### upon

# Jabari Akil Veals

*who has fulfilled all the requirements prescribed by the School and is entitled*
*to all of the honors, rights and privileges thereunto appertaining.*
In Testimony Whereof *this recognition of achievement is*

### Given this 1st day of April 2015

_President_

_B.S., M.Ed._
Director of Education

# CERTIFICATE OF COMPLETION

Presented To

## *Jabari Veals*

for completion of FCI Talladega's

**ACE REAL ESTATE**

Given this 19th day of December 2016

Talladega, Alabama

_____
C. Williams, Supervisor of Education

_____
M. Cairo, ACE Coordinator



# Certificate of Completion

*Let it be known that*

## Jabari Veals

Register Number 14722-026

Completed the Challenge Program provided by
Psychology Services at USP-1 Coleman, Coleman, Florida.

_____                    June 3, 2016

Javier Mouriz, PhD
Challenge Program Coordinator

# ·NCCER·

Board of Trustees confers upon

## *Jabari Veals*

this certificate of completion for

## *Construction Site Safety Orientation*

in the Standardized Craft Training Program
on this Seventeenth day of March, in the year 2017



*Donald E. Whyte*

Donald E. Whyte
President, NCCER



# NCCER

Board of Trustees confers upon

## Jabari Veals

this certificate of completion for

## Core Curriculum: Introductory Craft Skills

in the Standardized Craft Training Program
on this Seventeenth day of March, in the year 2017



*Donald E. Whyte*

Donald E. Whyte
President, NCCER





# Certificate of Participation

### Federal Bureau of Prisons
### FCI Talladega, Alabama

## VEALS, JABARI   #14722-026

*has trained and participated as a member of the*

### Inmate Suicide Companion Program
*Since January 01, 2017*

*And, is hereby awarded this certificate on the Seventeenth day of October of 2017.*

Dr. K. Petty, Staff Psychologist
Trainer/Instructor

F. White, Psychology Technician
Assistant Trainer/Instructor

```
TDGBX               *        INMATE EDUCATION DATA      *     01-28-2019
PAGE 001 OF 001 *                TRANSCRIPT             *     13:02:32


REGISTER NO: 14722-026       NAME..: VEALS                FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: TDG-TALLADEGA FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION            START DATE/TIME STOP DATE/TIME
TDG  ESL HAS    ENGLISH PROFICIENT     07-18-2008 0952 CURRENT
TDG  GED HAS    COMPLETED GED OR HS DIPLOMA  06-11-2009 1209 CURRENT


---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
TDG       NCCER HVAC LEVEL ONE     09-10-2018 CURRENT
TDG       RECREATION AIDE          04-25-2018 07-16-2018  P  C  P    12
TDG       NCCER MASONRY  LEVEL TWO 05-16-2017 09-25-2017  P  W  I    58
TDG       NCCER MASONRY  LEVEL ONE 01-31-2017 05-16-2017  P  C  C   183
TDG       ACE CDL T/R 6:00-8:00 PM 01-01-2017 03-24-2017  P  C  P    50
TDG       NCCER - CORE (PM) 12 - 3:30  12-07-2016 01-31-2017  P  C  C   102
TDG       ACE REAL ESTATE M/W 6-8 PM 09-28-2016 12-19-2016  P  C  P    50
TDG       RPP6 VICTIM IMPACT       08-24-2016 08-24-2016  P  C  P     2
TDG       RPP1 AIDS AWARENESS      08-02-2016 08-02-2016  P  C  P     1
COP CHG   ADVANCED LEATHER CLASS   05-24-2016 07-06-2016  P  C  P    16
COP CHG   JOB FAIR INFORMATION     06-20-2016 06-20-2016  P  C  P     2
COP CHG   MINOR LEAGUE SPORTS RULES 05-16-2016 05-19-2016  P  C  P     4
COP CHG   FOOTBALL SPORTS RULES    12-17-2015 12-20-2015  P  C  P     4
COP CHG   PHOTO CLASS              05-11-2015 05-19-2015  P  C  P     4
COP CHG   RE-ENTRY LEGAL CLASS     01-02-2015 04-02-2015  P  C  P    20
COP CHG   BODY COMPOSITION         01-05-2015 03-13-2015  P  C  P     8
COP CHG   WEIGHT LOSS CLASS        01-05-2015 03-13-2015  P  C  P     4
LEE       RPP6 PSYCH SELF STUDY    11-03-2014 11-03-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    10-31-2014 10-31-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    10-28-2014 10-28-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    10-23-2014 10-23-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    10-14-2014 10-14-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    10-09-2014 10-09-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    09-29-2014 09-29-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    09-23-2014 09-23-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    09-16-2014 09-16-2014  P  C  P     1
LEE       RPP6 PSYCH SELF STUDY    09-11-2014 09-11-2014  P  C  P     1
BSY       SHU-PSY CHANGING COGNITION 07-12-2014 08-05-2014  P  C  P     2
BSY       PARENTING C-UNITS/THURS 1830 02-26-2014 06-22-2014  P  C  P    24
BSY       BUSINESS INTRODUCTION B-UNIT 02-19-2014 02-19-2014  P  C  P    24
THP       OUTSIDE CORRESPONDENCE COURSE 04-15-2013 12-04-2013  P  W  I     0
THP       BASIC CERAMICS-LEISURE CLASS 02-07-2012 03-01-2012  P  C  P    20
THP       WELLNESS HEALTH/CLASS    09-27-2011 12-10-2011  P  C  P    20
THP       LEARNING MEAL PLANNING   09-23-2011 12-10-2011  P  C  P    20
THP       TEACH ADVANCE PHYSICAL ACT 09-23-2011 12-10-2011  P  C  P    20



G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT B: CHARACTER REFERENCE  LETTER FROM BOP UNIT MANAGER



**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution

565 EAST RENFROE ROAD
TALLADEGA, ALABAMA 35160-9981
256-315-4100

January 28, 2019

REPLY
TO THE ATTN:  D. Lassiter, Delta/Sigma, Beta/Gamma Unit Manager

SUBJECT:  Mr. Jabari A. Veals, Reg. No. 14722-026

To whom it may concern;

Inmate Veals arrived at FCI Talladega on July 25, 2016; however, he has been in continual federal custody of the Federal Bureau of Prisons since May 15, 2008. Inmate Veals is currently serving a life sentence for 1 ct. of Possession With Intent to Distribute 50 grams or more of Crack Cocaine.

Inmate Veals has not received any disciplinary infractions during his incarceration.

Inmate Veals has continuously programmed throughout his incarnation in the Federal Bureau of Prisons since 2011.

Inmate Veals has received Good or Outstanding work performance rating from all of his assigned work details while incarcerated in the Federal Bureau of Prisons.

Inmate Veals has completed numerous vocational, educational, and cognitive courses during his incarceration in the Federal Bureau of Prisons.

For further information and assistance please contact me at 256-315-4244 or at dbrooks@bop.gov.