IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 07-cr-20025 |
| JABARI VEALS, | |
| Defendant. | |

**GOVERNMENT'S REQUEST FOR HEARING**

Now comes the United States of America by John C. Milhiser, United States Attorney and Patrick D. Hansen, Assistant United States Attorney and respectfully requests that this Court set this matter for hearing at the earliest possible date, and in furtherance of that request, represents the following:

1.  On or about February 8, 2007, Jabari Veals was charged with one count of possessing with the intent to distribute over 59 grams of cocaine base (crack) in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(A). The government provided notice of prior convictions under 21U.S.C. §851, which enhanced the possible penalties to a mandatory sentence of life imprisonment. He was found guilty of that offense after a jury trial in October of that year. Due to his criminal history and the statutory scheme in place at the time, the court sentenced him to

the mandatory term of life imprisonment. He has been in custody since January 16, 2007.

2. The Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372, 2372 (2010) made substantial changes to the statutory scheme that made the life sentence imposed on Mr. Veals mandatory. The First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5220 (2018) made these changes retroactive to apply in Mr. Veals' case and allows him to petition this Court for relief.[1]

3. The United States Attorney, the U.S. Probation Office and the defense all agree that Mr. Veals is eligible for a reduction in sentence due to the First Step Act. The government and defense may disagree as to the extent of the reduction appropriate in this case and therefore request that this court set the matter for a hearing and request the U. S. Probation office to provide a supplemental report summarizing the criminal activity which resulted in this conviction, a calculation of the sentencing guideline range(s) available had the Fair Sentencing Act been in effect at the time this offense was committed, and additional information regarding the defendant's activities and disciplinary issues (if any) arising from the defendant since he has been in prison.

WHEREFORE, the United States of America respectfully request that

---

[1] The government notes that Mr. Veals was found to be a "career offender" under Chapter 4 of the U.S. Sentencing Guidelines. (PSR ¶34). That finding was not relevant at the time due to the mandatory minimum sentence of life imprisonment, but may be relevant in this Court's determination as to the extent of reduction appropriate in this case.

this matter be set for a hearing at the earliest possible date convenient to the court.

                                            Respectfully submitted,

                                            JOHN C. MILHISER
                                            UNITED STATES ATTORNEY

                                            */s/ Patrick D. Hansen*
                                            Patrick D. Hansen
                                            Assistant United States Attorney
                                            U.S. Attorney's Office
                                            318 South 6th Street
                                            Springfield, IL   62701
                                            Telephone: 217/492-4450
                                            patrick.hansen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: MiAngel Christina Cody.

> /s/ Patrick D. Hansen
> Patrick D. Hansen
> Assistant United States Attorney