

**UNICOR**
**FEDERAL PRISON INDUSTRIES**

**UNITED STATES GOVERNMENT**
**MEMORANDUM**

Federal Correctional Institution
Talladega, Alabama 35160

Date: January 29, 2019

Reply to
Attn of: To Whom It May Concern

Subject: **Inmate Jabari Veals**

  This letter is in reference to the work history, character and abilities of Inmate Jabari Veals. During his period of employment here at Talladega Unicor, Mr. Veals has repeatedly demonstrated a superior attitude and work ethic that has assisted us greatly in achieving our mission here at Unicor. He is a self-starter, requires minimal supervision and frequently volunteers for additional duties and training as circumstances require or allow. During his employment here he has worked on our military trousers production line, where he has continued to impress the management team on a regular basis.

  Mr. Veals daily demonstrates a positive, can-do attitude and has been a positive influence on his fellow co-workers. Given his reliability and record of achievement, I highly recommend this individual and suggest that he be considered carefully for any position he applies for. He has consistently shown a desire for personal growth as well as an ability to assume responsibilities and remain focused on what's important in what can be a difficult environment. He is both hard-working and trust-worthy, and these traits should assist him greatly in re-entering society.

Karl Sikole
Factory Manager
Federal Prison Industries (Unicor)
Talladega, AL