First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
## for the
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 07-20025-001 |
| Jabari A. Veals | ) | USM No. 14722-026 |
| 05/15/2008 | | MiAngel Christina Cody |
| Date of Previous Judgment | | Defendant's Attorney |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      Life      **is reduced to** 240 months      .

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**
Previous Sentence Imposed: Life                    Amended Sentence: 240 months
Previous Supervised Release Term Imposed: N/A      Amended Supervised Release Term: 8
Previous Underlying Sentence Imposed:              Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**IT IS SO ORDERED.**

Order Date: 10/10/19

s/ Sara Darrow

Judge's Signature